UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDIGO, LLC, a Michigan limited liability
company, DOLORES MICHAELS aka
NICOLINA A. MICHAELS and
RENEE MICHAELS,

    Plaintiffs,

                                                                             Civil No. 08-10432
                                                                             Hon. John Feikens
              v.                                                       Magistrate Judge Mark A. Randon

TOWNSHIP OF RICHMOND, MICHIGAN,
a Michigan municipal corporation, GORDON
FUERSTENAU, in his official and individual
capacities, THE FOUR TOWNSHIP CITIZENS'
COALITION, INC., a Michigan nonprofit
corporation, JARED SLANEC, KRISTYN SLANEC,
JOHN GIANNONE, SARA GIANNONE,
SALVATORE GIANNONE, NANCY GIANNONE,
BILLY TRAVIS, MARLENE TRAVIS, THOMAS
MACKLEY, PAULA MACKLEY, MICHAEL
SYLVESTRY, MICHAEL LOCK, KARLA SITEK,
ROBERT GRUCZ, DEVON SLANEC, ANNETTE
NORMAN, ANGELA M. JOBS, JOHN REY,
JUDITH REY, LINDA GERHARDT, WAYNE
WHITMAN, in his individual capacity, STEVEN
MAHONEY, in his individual capacity, TERESA
SEIDEL, in her individual capacity, MATTHEW
FLETCHER, in his individual capacity, and ANNE
HOKANSON, in her individual capacity, jointly and severally,

    Defendants.
_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      I have before me, Magistrate Judge Steven D. Pepe's Report and Recommendation ("Report"). In his Report, Magistrate Judge Pepe recommends that I grant Defendants' Motion to Dismiss. The parties filed objections, responses, and a reply. Having considered the

arguments submitted by the parties, I find that Magistrate Judge Pepe has thoroughly and correctly analyzed the issues and I agree with his recommendation. For these reasons, I OVERRULE the parties' objections, ADOPT Magistrate Judge Pepe's Report and GRANT Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

Date:  August 10, 2009           s/ John Feikens
                                 John Feikens
                                 United States District Judge

<div style="border:1px solid;">

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on August 10, 2009, by U.S. first class mail or electronic means.

                    s/Carol Cohron
                    Case Manager

</div>