UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDIGO, LLC, a Michigan limited liability
company, DOLORES MICHAELS aka
NICOLINA A. MICHAELS and
RENEE MICHAELS,

       Plaintiffs,

                                          Civil No. 08-10432
                                          Hon. John Feikens
       v.                                   Magistrate Judge Mark A. Randon

TOWNSHIP OF RICHMOND, MICHIGAN,
a Michigan municipal corporation, GORDON
FUERSTENAU, in his official and individual
capacities, THE FOUR TOWNSHIP CITIZENS'
COALITION, INC., a Michigan nonprofit
corporation, JARED SLANEC, KRISTYN SLANEC,
JOHN GIANNONE, SARA GIANNONE,
SALVATORE GIANNONE, NANCY GIANNONE,
BILLY TRAVIS, MARLENE TRAVIS, THOMAS
MACKLEY, PAULA MACKLEY, MICHAEL
SYLVESTRY, MICHAEL LOCK, KARLA SITEK,
ROBERT GRUCZ, DEVON SLANEC, ANNETTE
NORMAN, ANGELA M. JOBS, JOHN REY,
JUDITH REY, LINDA GERHARDT, WAYNE
WHITMAN, in his individual capacity, STEVEN
MAHONEY, in his individual capacity, TERESA
SEIDEL, in her individual capacity, MATTHEW
FLETCHER, in his individual capacity, and ANNE
HOKANSON, in her individual capacity, jointly and severally,

       Defendants.
_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       I have before me, Magistrate Judge Steven D. Pepe's Report and Recommendation on

Township of Richmond and Gordon Fuerstenau's Motion to Dismiss ("Report") (Docket No.

107). In his Report, Magistrate Judge Pepe recommends that I grant Township of Richmond and

Gordon Fuerstenau's Motion to Dismiss. Plaintiffs filed objections, Defendants Township of Richmond and Gordon Fuerstenau filed a Response, and Plaintiffs filed a Reply. Having considered the arguments submitted by the parties, I find that Magistrate Judge Pepe has thoroughly and correctly analyzed the issues and I agree with his recommendation. For these reasons, I OVERRULE Plaintiffs' objections, ADOPT Magistrate Judge Pepe's Report and GRANT Township of Richmond and Gordon Fuerstenau's Motion to Dismiss.

**IT IS SO ORDERED.**

Date:   September 22, 2009              s/ John Feikens
                                        John Feikens
                                        United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on September 22, 2009, by U.S. first class mail or electronic means.

                    s/Carol Cohron
                    Case Manager